

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| P&K BUILDERS, LLC, | § | No. 08-24-00310-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| J&M PROPERTIES I, LLC and J&M PROPERTIES ONE, LLC, | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2024DCV2878) |

## MEMORANDUM OPINION

Before the Court is Appellant's motion for voluntary dismissal of appeal. Appellant has informed the Court it no longer wishes to pursue this appeal and requests the appeal be dismissed with prejudice. Appellant represents Appellee agrees to the relief requested. Accordingly, we grant Appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

GINA M. PALAFOX, Justice

July 21, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.